IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARIUS FLEWELLEN, | : | CIVIL ACTION |
|     Petitioner, | : | |
| v. | : | |
| | : | NO. 13-7399 |
| LOUIS FOLINO, et al., | : | |
|     Respondents. | : | |

# O R D E R

NITZA I. QUIÑONES ALEJANDRO, J.,

AND NOW, this 25th day of August, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. The petition for a stay and abeyance is DENIED.

4. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.