IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIUS FLEWELLEN** | : | **CIVIL ACTION** |
| *Petitioner-pro se* | : | |
| | : | NO. 13-7399 |
| v. | : | |
| | : | |
| **LOUIS FOLINO**, *et al.* | : | |
| *Respondents* | : | |

**ORDER**

AND NOW, this 5th day of March 2015, upon consideration of the pleadings and record herein, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, it is hereby **ORDERED** that:

1. The Petitioner's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for writ of *habeas corpus* is **DENIED**;

4. The petition for a stay and abeyance is **DENIED**; and

4. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.

1